UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| MARY KAY ANDERSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERATED LIFE INSURANCE COMPANY, ) <br> ) <br> Defendant. ) | No. 3:23-cv-00213-MPB-CSW |

**ORDER**

THIS CAUSE coming to be heard on the Stipulation of Dismissal with Prejudice of the Parties, Dkt. [22], and the Court being fully advised in the premises, hereby enters same.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this matter, is hereby dismissed in the entirety, with prejudice, each party to bear their own costs.

SO ORDERED.

Dated: April 23, 2024

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution: All Counsel of Record

138816775.1